UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EDWIN HENRY et al.,

        Plaintiffs,

  -against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

        Defendant.

------------------------------------------------------------x

ORDER

16 Civ. 9971 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for February 21, 2020 at 9:45 am is canceled.

Dated: New York, New York
   February 13, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge