**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EDWIN HENRY et al.,

                          Plaintiffs,

       -against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

16 Civ. 9971 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 6, 2020 to July 8, 2020 at 9:45 am.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge