```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
EDWIN HENRY et al.,

                                   Plaintiffs,

         -against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                   Defendant.
------------------------------------- x

ORDER

16 Civ. 9971 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The status conference is adjourned from July 8, 2020 to August 26, 2020 at 9:45 am.

Dated: New York, New York
          June 30, 2020

                                                           SO ORDERED.

                                                           *George B. Daniels*
                                                           GEORGE B. DANIELS
                                                           United States District Judge