UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EDWIN HENRY et al.,

                               Plaintiffs,

    -against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                               Defendant.

------------------------------------- x

ORDER

16 Civ. 9971 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from April 14, 2021 to June 2, 2021 at 9:45 am.

Dated: New York, New York
      April 5, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge