**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE KROUSTALLIS, ANTHONY          :
ALMOJERA, DONALD BROWNE, BARRET      :
HIRSCH, and VINCENT VARIALE, *on behalf of* :
*themselves and all other persons similarly situated* :
*who were employed by the City of New York Fire* :
*Department*,                        :
                    Plaintiffs,      :
                                     :                    ORDER
        -against-                    :
                                     :              16 Civ. 8421 (GBD)
THE CITY OF NEW YORK; THE CITY OF    :
NEW YORK FIRE DEPARTMENT; DANIEL A.  :
NIGRO, *as Commissioner of the New York City* :
*Fire Department*,                   :
                    Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

> *Henry et al v. The City of New York*, 16-cv-09971-GBD
> *Smyth v. The City of New York*, 17-cv-00492-GBD

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for June 27, 2023 is adjourned to September 27, 2023 at

10:30 a.m.

Dated: June 26, 2023                    SO ORDERED.
       New York, New York

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge