UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

GEORGE KROUSTALLIS, ANTHONY
ALMOJERA, DONALD BROWNE, BARRET
HIRSCH, and VINCENT VARIALE, *on behalf of
themselves and all other persons similarly situated
who were employed by the City of New York Fire
Department*,

     Plaintiffs,

 -against-

THE CITY OF NEW YORK; THE CITY OF
NEW YORK FIRE DEPARTMENT; DANIEL A.
NIGRO, *as Commissioner of the New York City
Fire Department*,

     Defendants.

------------------------------------ x

ORDER

16 Civ. 8421 (GBD)
16 Civ. 09971(GBD)
17 Civ. 00492 (GBD)

GEORGE B. DANIELS, United States District Judge:

  On Plaintiffs' request, with consent from all other parties, the status conference scheduled for January 9, 2024 is adjourned to March 12, 2024 at 10:00 a.m.

Dated: January 8, 2024
   New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge