
VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Lloyd Ambinder**
Direct: (212) 571-9081
lambinder@vandallp.com

March 11, 2024

**VIA ECF**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The conference scheduled for March 11, 2024 is adjourned to May 1, 2024 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
MAR 1 2 2024

Re:   Kroustallis, et al. v. City of New York, et al.
      16 Civ. 8421 (GBD)
      Smyth, et al. v. City of New York, et al.
      17 Civ. 492 (GBD)
      Henry, et al. v. City of New York, et al.
      16 Civ. 9971 (GBD)

Dear Judge Daniels:

This firm is counsel to Plaintiffs in the above referenced related FLSA actions. I write, on consent of all parties, to request an adjournment of the scheduled March 11, 2024 conference.

The Kroustallis action settled over two months ago and has since been dismissed with prejudice pursuant to this Court's March 4, 2024 Order. With respect to Smyth, Defendant tendered a settlement offer to the 150 class members on February 21, 2024. The settlement figures are currently under review and to the extent that the calculations are correct, we expect to finalize this settlement for Your Honor's review by early May.

Finally, with respect to the Henry action, resolution of this 204 person case had been delayed due to some uncertainty regarding applicability of specific wage and overtime classifications used by the New York City Department of Education ("DOE"). The parties met and conferred in February during which time we agreed on appropriate wage classifications subject to FLSA application. Defendant is already in possession of class member information. We are hoping to get a DOE settlement offer on or before May 1, 2024.

Respectfully submitted,
_____/s/_____
Lloyd Ambinder

cc:   Sabrina Smith, Esq. (via ECF)